UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARMEN HILL, on behalf of HOUSE ON THE HILL REAL ESTATE INVESTMENT GROUP, LLC, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 4:08CV383 TIA |
| EIGHTEEN INVESTMENTS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Carmen Hill's motion for reconsideration. Carmen Hill, appearing pro se, attempted to bring this suit on behalf of House on the Hill Real Estate Investment Group, LLC ("House on the Hill"). On April 22, 2008, the Court dismissed this action under 28 U.S.C. § 1915(e) because an LLC must be represented by licensed counsel to appear in federal court.

Plaintiff now moves the Court to reconsider the dismissal of the complaint. Plaintiff argues that because she was the sole member of House on the Hill, she and House on the Hill are one and the same entity. This argument is frivolous. Plaintiff may not represent House on the Hill in this Court notwithstanding the fact that she was the sole member. Lattanzio v. COMTA, 481 F.3d 137, 140 (2nd Cir. 2007); 28 U.S.C. § 1654. As a result, the motion to reconsider will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to reconsider [#6] is **DENIED**.

Dated this 30th day of April, 2008.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE